FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 13 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **RICHARD HOWIESON**, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CRIMINAL NO. 16-3699 JCH <br><br> Count 1: 18 U.S.C. § 2119(2): Carjacking; <br><br> Count 2: 18 U.S.C. § 924(c): Using, Carrying, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence, and Possessing, Brandishing and Discharging a Firearm in Furtherance of Such Crime; <br><br> Count 3: 18 U.S.C. §§ 922(g)(1) and 924(a)(2): Felon in Possession of a Firearm and Ammunition. |

### INDICTMENT

The Grand Jury charges:

#### Count 1

On or about February 19, 2013, in Taos County, in the District of New Mexico, the defendant, **RICHARD HOWIESON**, with the intent to cause death and serious bodily injury, took a motor vehicle, that is, a 1997 Chevrolet Pickup Utility Truck that had been transported, shipped, and received in interstate commerce, from J.V. and E.T. by force, violence, and intimidation.

In violation 18 U.S.C. § 2119(2).

#### Count 2

On or about February 19, 2013, in Taos County, in the District of New Mexico, the defendant, **RICHARD HOWIESON**, knowingly used, carried, brandished, and discharged a firearm, during and in relation to a crime of violence for which the defendant may be

prosecuted in a court of the United States, specifically, Carjacking as charged in Count 1 of this indictment, and in furtherance of such crime, possessed, brandished, and discharged said firearm.

In violation of 18 U.S.C. § 924(c).

### Count 3

On or about February 19, 2013, in Taos County, in the District of New Mexico, the defendant, **RICHARD HOWIESON**, having been convicted of the following felony crime punishable by imprisonment for a term exceeding one year: leaving the scene of an accident resulting in death, great bodily injury, knowingly possessed, in and affecting commerce, the following firearm: a Smith & Wesson State Patrol Edition .357 caliber pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
9/9/2016 1:53 PM