# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Steven C. Yarbrough

United States Magistrate Judge

Clerk's Minutes – Initial

| | | | |
|---|---|---|---|
| Date: | 10/11/2016 | Case Number: | 16-CR-3699 JH |
| Case Title: USA v. | Richard Howieson | Liberty: | Gila @ 10:56 am |
| Courtroom Clerk: | K. Dapson | Total Time: | 4 Minutes |
| Probation/Pretrial: | P. Valdez | Interpreter: | |

**ATTORNEYS PRESENT:**

| | | | |
|---|---|---|---|
| Plaintiff: | Shana Long | Defendant: | Pro Se |

**PROCEEDINGS:**

- ☐ Defendant Sworn
- ☒ Defendant received copy of charging document
- ☒ Defendant advised of rights and penalties
- ☐ Defendant wants Court appointed counsel
- ☒ Government moves to detain
- ☒ Defendant remanded to the custody of the United States Marshal's Service
- ☒ Arraignment/Detention — Gila — 10/12/2016 @ 9:30 am
- ☐ Other: