# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Steven C. Yarbrough

United States Magistrate Judge

| Clerk's Minutes | Arraignment/Detention | | | |
|---|---|---|---|---|
| Date: | 10/12/2016 | Case Number: | 16-CR-3699 JH | |
| Case Title: USA v. | Richard Howieson | Liberty: | Gila @ | 10:07 am |
| Courtroom Clerk: | K. Dapson | Total Time: | 33 Minutes | |
| Probation/Pretrial: | P. Valdez | Interpreter: | | |

**ATTORNEYS PRESENT:**

| Plaintiff: | George Kraehe | Defendant: | Douglas Couleur |
|---|---|---|---|

**PROCEEDINGS:**

- ☐ First Appearance of Defendant
- ☒ Defendant received a copy of the Indictment
- ☒ Defendant questioned re: time to consult with attorney regarding the penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant is ready to enter a plea
- ☒ Defendant enters a plea of NOT GUILTY to all counts
- ☒ Motions due by: 11/1/2016
- ☒ Discovery Order electronically filed
- ☒ Case assigned to: Judge Herrera
- ☒ Trial set on trailing docket: TO BE NOTIFIED
- ☒ Defendant released to La Pasada Halfway House w/conditions
- ☐ Other: