## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                          Crim. No. 16-CR-3699 JCH

RICHARD HOWIESON,

    Defendant.

## ENTRY OF APPEARANCE

COMES NOW John W. Day, Attorney at Law (The John Day Law Office, LLC) and hereby enters his appearance on behalf of Defendant Richard Howieson in the above-entitled matter.

    Respectfully submitted,

    THE JOHN DAY LAW OFFICE, LLC

    /s/ John W. Day
    John W. Day
    The John Day Law Office, LLC
    Luna Complex
    505 Cerrillos Road, Suite A-205
    Santa Fe, NM 87501
    (505) 780-8326
    (505) 819-0331 (fax)
    jday@johndaylaw.com
    *Attorney for Defendant*

I hereby certify that the foregoing was filed
via the CM/ECF on this  14th  day of October
2016.

 /s/ John W. Day
John W. Day